# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br>ANDREW LEE BARNES,<br>                    Defendant, | **UNDER SEAL**<br><br>Criminal No. 22-72 (1) (JRT/BRT) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: ANDREW LEE BARNES
Detained at (custodian): Minnesota Correctional Facility - Faribault

The government is requesting the **investigating agency** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Indictment
                     Charging Detainee With: Felon in Possession of a Firearm
   or    b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
   or    b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on April 21, 2022 at 1:30 p.m. in the courtroom of the Honorable Hildy Bowbeer.

Dated: April 20, 2022                                          s/*Harry M. Jacobs*
                                                                            HARRY M. JACOBS, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| April 21, 2022 | s/*Hildy Bowbeer* |
|---|---|
| Date | UNITED STATES MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1986 |
| Facility Address: | 1101 Linden Lane | Race: | |
| | Faribault, MN 55021 | FBI #: | |
| Facility Phone: | 507-334-0700 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                                                  (Signature)